# Court of Appeals
# of the State of Georgia

ATLANTA,  December 09, 2022

*The Court of Appeals hereby passes the following order:*

## A23E0018. HANNA v. HANNA.

The appellant in the above-referenced case, which has not been docketed as an appeal in this Court, has filed an emergency motion for an extension of time to file his brief. But because he appeals the trial court's judgment in a divorce proceeding, he is subject to our discretionary appeal procedures. *See* OCGA § 5-6-33 (a) (2) (providing that [a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases" are subject to this Court's discretionary appeal procedures); *Ford v. Ford*, 347 Ga. App. 233, 234 (818 SE2d 690) (2018) (explaining that because the appeal arose from an order issued in a divorce proceeding, "the appellant was required to bring the appeal via the discretionary application procedure set forth in OCGA § 5-6-35 (a) (2)").  Thus, because the appellant is not entitled to a direct appeal, and he has not filed an application for a discretionary appeal or requested an extension of time to do so, his motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/09/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*